NICHOLAS M. ZAMPETTI, JR. v. DAVID KRAJEWSKI.

June 28, 1983.

Petition for certification denied.

ANNA MORAN v. TOWNSHIP OF RANDOLPH.

July 6, 1983.

Petition for certification denied.

WILLIAM CHALEFF v. BOARD OF TRUSTEES, TEACHERS'
PENSION AND ANNUITY FUND.

July 6, 1983.

Petition for certification denied.   (See 188 *N.J.Super.* 194)

NEWARK INSURANCE COMPANY v. ALFRED
E. FONTANELLA.

July 6, 1983.

Petition for certification denied.